ACCEPTED
04-15-00514-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 10:21:43 AM
KEITH HOTTLE
CLERK

NO. 04-15-00514-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/23/2015 10:21:43 AM
KEITH E. HOTTLE
Clerk

SELECT BUILDING SYSTEMS, INC. AND
TRI-BAR RANCH COMPANY, LTD.,
*Appellants*

vs.

ROBERTSON ELECTRIC, INC.,
*Appellee*

*On Appeal from the 216th Judicial District Court
Kendall County, Texas
Cause No. 13-212*

**MOTION TO ABATE APPEAL TO FINALIZE SETTLEMENT AGREEMENTS**

TO THE HONORABLE JUSTICES OF THE COURT:

Appellants Select Building Systems, Inc. and Tri-Bar Ranch Company, Ltd. respectfully file this motion requesting that the Court stay the appeal to give the parties an opportunity to finalize settlement agreements. As good cause, Appellants would show the following:

I.

Appellants' principal briefs are currently due on November 25, 2015.

## II.

Following informal settlement negotiations, the parties have agreed to settle their respective disputes. The preliminary agreements require compliance by December 31, 2015.

## III.

Given that the parties have settled their disputes, Appellants request that the Court abate the appeal to give the parties the opportunity to finalize their respective settlement agreements. Once the settlement agreements are finalized, Appellants will file an appropriate motion with the Court to dispose of the appeal. *See* TEX. R. APP. P. 42.1.

## IV.

The undersigned have conferred with lead counsel for Appellee Robertson Electric, Inc., Mr. Jimmie L. J. Brown, Jr., to determine if this motion would be opposed. Mr. Brown indicated that this motion would not be opposed.

WHEREFORE, PREMISES CONSIDERED, Appellants Select Building Systems, Inc. and Tri-Bar Ranch Company, Ltd. pray that this motion be granted and that the appeal be abated so that the parties may finalized their respective settlement agreements.

Respectfully submitted,

/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III
State Bar No. 24041135
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, Texas 78209
Telephone: (210) 775-0882
Facsimile: (210) 826-0075
sam@hdappeals.com

JOHN W. SLATES
State Bar No. 00794646
COLBIE BRAZELL
State Bar No. 24050157
SLATES HARWELL, LLP
1700 Pacific Avenue, Suite 3800
Dallas, Texas  75201-4761
Telephone: (469) 317-1000
Facsimile: (469) 317-1100
jslates@slatesharwell.com
cbrazell@slatesharwell.com

TOM C. CLARK
State Bar No. 04298750
CLARK, MALOUF & WHITE, LLP
12222 Merit Drive, Suite 340
Dallas, Texas  75251
Telephone: (214) 559-4411
Facsimile: (214) 559-4466
tom@cmwattorneys.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on November 23, 2015, electronically and/or by e-mail to:

Jimmie L. J. Brown, Jr.
Law Office of Jimmie L. J. Brown, Jr.
3102 Cherry Creek Drive
Missouri City, Texas 77459
Email: lawserv@sbcglobal.net

/s/ Samuel V. Houston, III
SAMUEL V. HOUSTON, III